

# NUMBER 13-22-00084-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI − EDINBURG

GARNER ENVIRONMENTAL
SERVICES, INC.,                                              Appellant,

v.

REFUGIO COUNTY, TEXAS,                                       Appellee.

**On appeal from the 135th District Court
of Refugio County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Justice Tijerina**

This matter is before the Court on appellant's unopposed motion to dismiss the appeal. Appellant has requested to dismiss the appeal, as the parties have settled the dispute between them.

The Court, having considered the unopposed motion, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the

unopposed motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the unopposed motion and agreement of the parties, costs will be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d).

Because the appeal is dismissed at appellant's request, no motion for rehearing shall be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
16th day of June, 2022.